This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KAREN GRUBB,**

Plaintiff-Appellant,

v.                                                                        NO.   32,071

**NEW MEXICO CANCER CENTER, LLC ,**
**f/k/a New Mexico Oncology Hematology**
**Consultants, and MIKAL SMOKER, P.A.,**
**and MIKAL SMOKER, individually,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

James A. Mungle, P.A.
James A. Mungle
Albuquerque, NM

for Appellant

Allen, Sheperd, Lewis, Syra & Chapman, P.A.
Ben M. Allen
Christopher R. Reed
Albuquerque, NM

for Appellee New Mexico Cancer Center

Hinkle, Hensley, Shanor & Martin, L.L.P.

William P. Slattery
Dana S. Hardy
Santa Fe, NM

for Appellee Mikal Smoker

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

**DISMISSED.**

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CYNTHIA A. FRY, Judge**

2